FILED
John E. Triplett, Acting Clerk
United States District Court
By MGarcia at 11:06 am, Aug 11, 2020

# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| FREDDIE LEWIS IRVIN,<br><br>    Petitioner,<br><br>v.<br><br>JEFF COLEMAN, et al.,<br><br>    Respondent. | CV 520-038 |

### ORDER

On July 21, 2020, Petitioner was Ordered to show cause, within fourteen (14) days, why this case should not be dismissed for failure to comply with the Court's Orders. Dkt. No. 9. Petitioner was warned that his failure to respond "will result in the dismissal of this cause of action[.]" Id. Petitioner has failed to respond. Accordingly, this action is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to terminate any pending motions and **CLOSE** this case.

**SO ORDERED**, this 11 day of August, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA